UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRELL BROUGHTON,

                Plaintiff,

-against-

VW CREDIT; FINEST AUTOMOTIVE & RECOVERY INC.,

                Defendants.

23cv4884 (LTS)

CIVIL JUDGMENT

For the reasons stated in the May 6, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  May 6, 2024
         New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge